**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Mark A. Miller** | Social Security number or ITIN **xxx–xx–5447** |
| | First Name    Middle Name    Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN ____ |
| | | EIN __–_____ |

United States Bankruptcy Court **WESTERN DISTRICT OF PENNSYLVANIA**

Case number: **11–20175–GLT**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Mark A. Miller

8/19/16                    **By the court:**    Gregory L. Taddonio
                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 11-20175-GLT
Mark A. Miller                                                            Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: amaz           Page 1 of 3           Date Rcvd: Aug 19, 2016
                        Form ID: 3180W        Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2016.
```
db            +Mark A. Miller,    255 Reichold Road,    Wexford, PA 15090-9415
cr            +BAC Home Loans Servicing, LP c/o Prober & Raphael,,    20750 Ventura Blvd, Suite 100,
                Woodland Hills, CA 91364-6207
cr             ECMC,    P.O. Box 16408,    St. Paul, MN 55116-0408
cr            +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                Pittsburgh, PA 15212-5860
cr            +First Commonwealth Bank,    c/o McGrath Law Group, P.C.,    Three Gateway Center, Suite 1375,
                401 Liberty Avenue,    Pittsburgh, PA 15222-1034
cr            +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
cr            +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    HIGHLANDS RANCH, CO 80129-2386
cr            +WELLS FARGO BANK, N.A.,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
13008554      +AES/PHEAA,    PO Box 8147,    Harrisburg PA 17105-8147
13031270      +Borough Of Carnegie,    c/o Goehring, Rutter and Boehm,    437 Grant Street, 14th Floor,
                Pittsburgh, PA 15219-6101
12943301      +Brenda Miller,    255 Reichold Road,    Wexford, PA 15090-9415
12958152       Chase Auto Finance,    PO Box 901032,    Ft. Worth, TX 76101-2032
12943305       Chase Auto Finance,    PO Box 78068,    Phoenix, AZ 85062-8068
13244100       CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA,    50368-8971
13031269      +County of Allegheny,    c/o Goehring, Rutter and Boehm,    437 Grant Street, 14th Floor,
                Pittsburgh PA 15219-6101
13091428       ECMC,    P.O. Box 16408,    Saint Paul, MN 55116-0408
12956858      +First Commonwealth Bank,    c/o K. Michael Lang, Esquire,    McGrath Law Group, P.C.,
                Three Gateway Center, Suite 1375,    401 Liberty Avenue,    Pittsburgh, PA 15222-1034
12999834      +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
12943314       PNC Bank,    PO Box 747032,    Pittsburgh, PA 15274-7032
13975102      +SPECIALIZED LOAN SERVICING LLC,    8742 LUCENT BLVD, SUITE 300,
                HIGHLANDS RANCH, COLORADO 80129-2386
12943317       The Home Savings & Loan Co.,    PO Box 1111,    Youngstown, OH 44501-1111
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 20 2016 01:17:37      Pennsylvania Dept. of Revenue,
                Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA  17128-0946
cr            +EDI: PRA.COM Aug 20 2016 00:58:00      PRA Receivables Management LLC,    POB 41067,
                Norfolk, VA 23541-1067
12943296       EDI: BANKAMER.COM Aug 20 2016 01:03:00      BAC Home Loan Servicing,    PO Box 15222,
                Wilmington, DE 19886-5222
13057926      +EDI: BANKAMER.COM Aug 20 2016 01:03:00      BAC Home Loan Servicing LP,
                400 National Way, Mail Stop CA6-919-01-2,    Simi Valley, California 93065-6414
13039006      +EDI: BANKAMER.COM Aug 20 2016 01:03:00      BAC Home Loans Servicing, LP,    400 National Way,
                Mail Stop: CA6-919-01-23,    Simi Valley, CA 93065-6414
12978339      +EDI: BANKAMER.COM Aug 20 2016 01:03:00      BAC Home Loans Servicing, LP, et al,
                BK Dept. MS CA6-919-01-23,    400 National Way,    Simi Valley, CA 93065-6414
12993752      +EDI: OPHSUBSID.COM Aug 20 2016 00:58:00      BACK BOWL I LLC,    C O WEINSTEIN AND RILEY, PS,
                2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121 SEATTLE, WA 98121-3132
12943300       EDI: BANKAMER.COM Aug 20 2016 01:03:00      Bank of America,    PO Box 15019,
                Wilmington, DE 19886-5019
12947585      +E-mail/Text: cms-bk@cms-collect.com Aug 20 2016 01:17:18      Capital Management Services,
                726 Exchange Street,    Suite 700,    Buffalo, NY 14210-1464
12943304       EDI: CHASE.COM Aug 20 2016 00:58:00      Chase,    PO Box 15153,    Wilmington, DE 19886-5153
12980847       EDI: CHASE.COM Aug 20 2016 00:58:00      Chase Bank USA, N.A.,    PO Box 15145,
                Wilmington, DE 19850-5145
12943307       EDI: CIAC.COM Aug 20 2016 00:58:00      CitiMortgage,    PO Box 183040,    Columbus, OH 43218-3040
13072271       EDI: CIAC.COM Aug 20 2016 00:58:00      CitiMortgage,    P.O. Box 689196,
                Des Moines, IA 50368-9196
12980629      +EDI: CRFRSTNA.COM Aug 20 2016 00:58:00      Credit First National Association,    Po Box 818011,
                Cleveland, OH 44181-8011
12950352       EDI: DISCOVER.COM Aug 20 2016 00:58:00      Discover Bank,    Discover Products Inc.,
                PO Box 3025,    New Albany, OH  43054-3025
12943310       EDI: DISCOVER.COM Aug 20 2016 00:58:00      Discover Card,    PO Box 71084,
                Charlotte, NC 28272-1084
12972876      +EDI: BANKAMER.COM Aug 20 2016 01:03:00      FIA Card Services, NA as successor in interest to,
                Bank of America NA and MBNA America Bank,    1000 Samoset Drive,    DE5-023-03-03,
                Newark, DE 19713-6000
12943311       EDI: CRFRSTNA.COM Aug 20 2016 00:58:00      Firestone,    PO Box 81410,
                Cleveland, OH 44181-0410
12943312      +E-mail/Text: bankruptcynotice@fcbanking.com Aug 20 2016 01:17:11      First Commonwealth,
                PO Box 0537,    Indiana, PA 15701-0537
13130722      +EDI: RMSC.COM Aug 20 2016 01:03:00      Green Tree Servicing LLC,    7360 S Kyrene Rd,
                Recovery Dept T-120,    Tempe, AZ 85283-8432
13660181       E-mail/Text: bankruptcy.bnc@gt-cs.com Aug 20 2016 01:17:17      Green Tree Servicing LLC,
                PO Box 0049,    Palatine, IL 60055-0049
12943313       EDI: RMSC.COM Aug 20 2016 01:03:00      Lowes,    PO Box 530914,    Atlanta, GA 30353-0914
```

```
District/off: 0315-2           User: amaz                  Page 2 of 3                   Date Rcvd: Aug 19, 2016
                               Form ID: 3180W              Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13047279        EDI: PRA.COM Aug 20 2016 00:58:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk VA 23541
13039197        EDI: PRA.COM Aug 20 2016 00:58:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
12943315        EDI: NAVIENTFKASMSERV.COM Aug 20 2016 00:58:00      Sallie Mae Servicing,    PO Box 9532,
                 Wilkes Barre, PA 18773-9532
12968483       +EDI: NAVIENTFKASMSERV.COM Aug 20 2016 00:58:00      Sallie Mae Trust,    c/o Sallie Mae Inc.,
                 220 Lasley Ave,    Wilkes-Barre, PA 18706-1496
12943316        EDI: SEARS.COM Aug 20 2016 01:03:00      Sears Credit Card,    PO Box 183081,
                 Columbus, OH 43218-3081
                                                                                              TOTAL: 27

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Allegheny County
cr             BAC Home Loans Servicing, LP
cr             BANK OF AMERICA, N.A.
cr             Borough of Carnegie
cr             CITIMORTGAGE, INC
cr             Duquesne Light Company
cr             Ocwen Loan Servicing, LLC
cr             Wells Fargo Bank, N.A., et al...
cr*           +AES/PHEAA,    PO BOX 8147,    HARRISBURG, PA 17105-8147
cr*            GREEN TREE SERVICING LLC,    PO BOX 0049,    PALATINE, IL  60055-0049
cr*           +Green Tree Servicing LLC,    7360 S Kyrene Rd,    Recovery Dept T-120,    Tempe, AZ 85283-8432
cr*           +WELLS FARGO BANK, N.A.,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
12943297*      BAC Home Loan Servicing,    PO Box 15222,    Wilmington, DE 19886-5222
12943298*      BAC Home Loan Servicing,    PO Box 15222,    Wilmington, DE 19886-5222
12943299*      BAC Home Loan Servicing,    PO Box 15222,    Wilmington, DE 19886-5222
12943302*     +Brenda Miller,    255 Reichold Road,    Wexford, PA 15090-9415
12943303*     +Brenda Miller,    255 Reichold Road,    Wexford, PA 15090-9415
12943306*      Chase Auto Finance,    PO Box 78068,    Phoenix, AZ 85062-8068
12943308*      CitiMortgage,    PO Box 183040,    Columbus, OH 43218-3040
12943309*      Citimortgage,    PO Box 183040,    Columbus, OH 43218-3040
12943318*      The Home Savings and Loan Co.,    PO Box 1111,    Youngstown, OH 44501-1111
12943319*      The Home Savings and Loan Co.,    PO Box 1111,    Youngstown, OH 44501-1111
12943320*      The Home Savings and Loan Co.,    PO Box 1111,    Youngstown, OH 44501-1111
                                                                                   TOTALS: 8, * 15, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2016                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2016 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor   BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Christopher M. Frye    on behalf of Debtor Mark A. Miller chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;npalashoff@steidl-steinberg.com;todd@steidl-steinberg.com;lesli
               e.nebel@steidl-steinberg.com
              Gregory   Javardian    on behalf of Creditor   Wells Fargo Bank, N.A., et al...
               greg@javardianlaw.com,    mary@javardianlaw.com;tami@javardianlaw.com
              Gregory   Javardian    on behalf of Creditor   BAC Home Loans Servicing, LP greg@javardianlaw.com,
               mary@javardianlaw.com;tami@javardianlaw.com
              James A. Prostko    on behalf of Creditor   Ocwen Loan Servicing, LLC pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Jeffrey R. Hunt    on behalf of Creditor   Borough of Carnegie jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor   Allegheny County jhunt@grblaw.com,    cnoroski@grblaw.com
              Jeremy J. Kobeski    on behalf of Creditor   CITIMORTGAGE, INC pawb@fedphe.com
```

```
District/off: 0315-2          User: amaz              Page 3 of 3              Date Rcvd: Aug 19, 2016
                              Form ID: 3180W          Total Noticed: 48
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Jill Manuel-Coughlin    on behalf of Creditor    BAC Home Loans Servicing, LP jill@pkjllc.com, chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com
          K. Michael Lang    on behalf of Creditor    First Commonwealth Bank mlang@lenderlaw.com, dfarally@lenderlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
          Robert P. Wendt    on behalf of Creditor    Green Tree Servicing LLC pawb@fedphe.com
          Robert P. Wendt    on behalf of Creditor    CITIMORTGAGE, INC pawb@fedphe.com
          Robert P. Wendt    on behalf of Creditor    GREEN TREE SERVICING LLC pawb@fedphe.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

                                                                                                TOTAL: 17

Case 11-20175-GLT    Doc 124    Filed 08/21/16    Entered 08/22/16 00:53:05    Desc
Imaged Certificate of Notice    Page 5 of 5