**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
8/19/16 10:55 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

   MARK A. MILLER

       Debtor(s)

   Ronda J. Winnecour
         Movant
       vs.
   No Repondents.

Case No.:11-20175

Chapter 13

Document No.:   118

ORDER OF COURT

AND NOW, this _____19th_____ day of ____August_____, 20_16__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

Prepared by: _____Ronda J. Winnecour, Esq._____

**DEFAULT ENTRY**

Dated: __August 19, 2016_____

_____
Gregory L. Addonio       **jah**
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 11-20175-GLT
Mark A. Miller                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2              User: amaz              Page 1 of 3              Date Rcvd: Aug 19, 2016
                                 Form ID: pdf900         Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2016.
```
db            +Mark A. Miller,   255 Reichold Road,   Wexford, PA 15090-9415
cr            +BAC Home Loans Servicing, LP c/o Prober & Raphael,,   20750 Ventura Blvd, Suite 100,
               Woodland Hills, CA 91364-6207
cr             ECMC,   P.O. Box 16408,   St. Paul, MN  55116-0408
cr            +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
               Pittsburgh, PA 15212-5860
cr            +First Commonwealth Bank,   c/o McGrath Law Group, P.C.,   Three Gateway Center, Suite 1375,
               401 Liberty Avenue,   Pittsburgh, PA 15222-1034
cr            +PNC BANK N.A.,   PO BOX 94982,   CLEVELAND, OH 44101-4982
cr            +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,   HIGHLANDS RANCH, CO 80129-2386
cr            +WELLS FARGO BANK, N.A.,   14841 Dallas Parkway, Suite 300,   Dallas, TX 75254-7883
13008554      +AES/PHEAA,   PO Box 8147,   Harrisburg PA 17105-8147
12943296       BAC Home Loan Servicing,   PO Box 15222,   Wilmington, DE 19886-5222
13057926      +BAC Home Loan Servicing LP,   400 National Way, Mail Stop CA6-919-01-2,
               Simi Valley, California 93065-6414
13039006      +BAC Home Loans Servicing, LP,   400 National Way,   Mail Stop: CA6-919-01-23,
               Simi Valley, CA 93065-6414
12978339      +BAC Home Loans Servicing, LP, et al,   BK Dept. MS CA6-919-01-23,   400 National Way,
               Simi Valley, CA 93065-6414
12943300       Bank of America,   PO Box 15019,   Wilmington, DE 19886-5019
13031270      +Borough Of Carnegie,   c/o Goehring, Rutter and Boehm,   437 Grant Street, 14th Floor,
               Pittsburgh PA 15219-6101
12943301      +Brenda Miller,   255 Reichold Road,   Wexford, PA 15090-9415
12943304       Chase,   PO Box 15153,   Wilmington, DE 19886-5153
12958152       Chase Auto Finance,   PO Box 901032,   Ft. Worth, TX 76101-2032
12943305       Chase Auto Finance,   PO Box 78068,   Phoenix, AZ 85062-8068
12980847       Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
12943307       CitiMortgage,   PO Box 183040,   Columbus, OH 43218-3040
13072271       CitiMortgage,   P.O. Box 689196,   Des Moines, IA 50368-9196
13244100       CitiMortgage, Inc.,   P.O. Box 688971,   Des Moines, IA,   50368-8971
13031269      +County of Allegheny,   c/o Goehring, Rutter and Boehm,   437 Grant Street, 14th Floor,
               Pittsburgh PA 15219-6101
12980629      +Credit First National Association,   Po Box 818011,   Cleveland, OH 44181-8011
13091428       ECMC,   P.O. Box 16408,   Saint Paul, MN 55116-0408
12972876      +FIA Card Services, NA as successor in interest to,   Bank of America NA and MBNA America Bank,
               1000 Samoset Drive,   DE5-023-03-03,   Newark, DE 19713-6000
12943311       Firestone,   PO Box 81410,   Cleveland, OH 44181-0410
12956858      +First Commonwealth Bank,   c/o K. Michael Lang, Esquire,   McGrath Law Group, P.C.,
               Three Gateway Center, Suite 1375,   401 Liberty Avenue,   Pittsburgh, PA 15222-1034
12999834      +PNC BANK,   PO BOX 94982,   CLEVELAND, OH 44101-4982
12943314       PNC Bank,   PO Box 747032,   Pittsburgh, PA 15274-7032
13975102      +SPECIALIZED LOAN SERVICING LLC,   8742 LUCENT BLVD, SUITE 300,
               HIGHLANDS RANCH, COLORADO 80129-2386
12943316       Sears Credit Card,   PO Box 183081,   Columbus, OH 43218-3081
12943317       The Home Savings & Loan Co.,   PO Box 1111,   Youngstown, OH 44501-1111
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 20 2016 01:29:18
               PRA  Receivables Management LLC,   POB 41067,   Norfolk, VA 23541-1067
12993752      +E-mail/Text: bncmail@w-legal.com Aug 20 2016 01:18:00     BACK BOWL I LLC,
               C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121 SEATTLE, WA 98121-3132
12947585      +E-mail/Text: cms-bk@cms-collect.com Aug 20 2016 01:17:18     Capital Management Services,
               726 Exchange Street,   Suite 700,   Buffalo, NY 14210-1464
12950352       E-mail/Text: mrdiscen@discover.com Aug 20 2016 01:17:04     Discover Bank,
               Discover Products Inc.,   PO Box 3025,   New Albany, OH  43054-3025
12943310       E-mail/Text: mrdiscen@discover.com Aug 20 2016 01:17:04     Discover Card,   PO Box 71084,
               Charlotte, NC 28272-1084
12943312      +E-mail/Text: bankruptcynotice@fcbanking.com Aug 20 2016 01:17:10     First Commonwealth,
               PO Box 0537,   Indiana, PA 15701-0537
13130722      +E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2016 01:27:26     Green Tree Servicing LLC,
               7360 S Kyrene Rd,   Recovery Dept T-120,   Tempe, AZ 85283-8432
13660181       E-mail/Text: bankruptcy.bnc@gt-cs.com Aug 20 2016 01:17:17     Green Tree Servicing LLC,
               PO Box 0049,   Palatine, IL 60055-0049
12943313       E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2016 01:29:15     Lowes,   PO Box 530914,
               Atlanta, GA 30353-0914
13047279       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 20 2016 01:28:31
               Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk VA 23541
13039197       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 20 2016 01:28:32
               Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
12943315       E-mail/PDF: pa_dc_claims@navient.com Aug 20 2016 01:29:23     Sallie Mae Servicing,
               PO Box 9532,   Wilkes Barre, PA 18773-9532
12968483      +E-mail/PDF: pa_dc_claims@navient.com Aug 20 2016 01:27:38     Sallie Mae Trust,
               c/o Sallie Mae Inc.,   220 Lasley Ave,   Wilkes-Barre, PA 18706-1496
```

```
District/off: 0315-2          User: amaz              Page 2 of 3           Date Rcvd: Aug 19, 2016
                              Form ID: pdf900         Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

TOTAL: 13

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Allegheny County
cr           BAC Home Loans Servicing, LP
cr           BANK OF AMERICA, N.A.
cr           Borough of Carnegie
cr           CITIMORTGAGE, INC
cr           Duquesne Light Company
cr           Ocwen Loan Servicing, LLC
cr           Wells Fargo Bank, N.A., et al...
cr*          +AES/PHEAA,   PO BOX 8147,   HARRISBURG, PA 17105-8147
cr*          GREEN TREE SERVICING LLC,   PO BOX 0049,   PALATINE, IL 60055-0049
cr*          +Green Tree Servicing LLC,   7360 S Kyrene Rd,   Recovery Dept T-120,   Tempe, AZ 85283-8432
cr*          +WELLS FARGO BANK, N.A.,   14841 Dallas Parkway, Suite 300,   Dallas, TX 75254-7883
12943297*    BAC Home Loan Servicing,   PO Box 15222,   Wilmington, DE 19886-5222
12943298*    BAC Home Loan Servicing,   PO Box 15222,   Wilmington, DE 19886-5222
12943299*    BAC Home Loan Servicing,   PO Box 15222,   Wilmington, DE 19886-5222
12943302*    +Brenda Miller,   255 Reichold Road,   Wexford, PA 15090-9415
12943303*    +Brenda Miller,   255 Reichold Road,   Wexford, PA 15090-9415
12943306*    Chase Auto Finance,   PO Box 78068,   Phoenix, AZ 85062-8068
12943308*    CitiMortgage,   PO Box 183040,   Columbus, OH 43218-3040
12943309*    Citimortgage,   PO Box 183040,   Columbus, OH 43218-3040
12943318*    The Home Savings and Loan Co.,   PO Box 1111,   Youngstown, OH 44501-1111
12943319*    The Home Savings and Loan Co.,   PO Box 1111,   Youngstown, OH 44501-1111
12943320*    The Home Savings and Loan Co.,   PO Box 1111,   Youngstown, OH 44501-1111
```

TOTALS: 8, * 15, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2016                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2016 at the address(es) listed below:

```
          Andrew F Gornall    on behalf of Creditor   BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Christopher M. Frye    on behalf of Debtor Mark A. Miller chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;npalashoff@steidl-steinberg.com;todd@steidl-steinberg.com;lesli
           e.nebel@steidl-steinberg.com
          Gregory  Javardian    on behalf of Creditor   Wells Fargo Bank, N.A., et al...
           greg@javardianlaw.com,  mary@javardianlaw.com;tami@javardianlaw.com
          Gregory  Javardian    on behalf of Creditor   BAC Home Loans Servicing, LP greg@javardianlaw.com,
           mary@javardianlaw.com;tami@javardianlaw.com
          James A. Prostko    on behalf of Creditor   Ocwen Loan Servicing, LLC pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          Jeffrey R. Hunt    on behalf of Creditor   Borough of Carnegie jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor   Allegheny County jhunt@grblaw.com,  cnoroski@grblaw.com
          Jeremy J. Kobeski    on behalf of Creditor   CITIMORTGAGE, INC pawb@fedphe.com
          Jill  Manuel-Coughlin    on behalf of Creditor   BAC Home Loans Servicing, LP jill@pkjllc.com,
           chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com
          K. Michael Lang    on behalf of Creditor   First Commonwealth Bank mlang@lenderlaw.com,
           dfarally@lenderlaw.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Robert P. Wendt    on behalf of Creditor   Green Tree Servicing LLC pawb@fedphe.com
          Robert P. Wendt    on behalf of Creditor   CITIMORTGAGE, INC pawb@fedphe.com
          Robert P. Wendt    on behalf of Creditor   GREEN TREE SERVICING LLC pawb@fedphe.com
```

District/off: 0315-2              User: amaz              Page 3 of 3              Date Rcvd: Aug 19, 2016
                                 Form ID: pdf900         Total Noticed: 47


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                    TOTAL: 17